# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-14-00072-CV

**In re Kenneth Gordon**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### O R D E R

**PER CURIAM**

Relator has filed a petition for writ of mandamus and motion for emergency relief, asking us to stay trial until we can consider the merits of his mandamus. *See* Tex. R. App. P. 52.8, 52.10. We grant relator's motion for emergency relief and stay the trial pending our resolution of this proceeding. The real parties in interest are requested to submit a response to relator's petition no later than February 18, 2014.

It is so ordered February 10, 2014.

Before Justices Puryear, Goodwin, and Field